# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NINE STORIES, LLC, MARK HOLOUBEK, and WILLOW HOLOUBEK,**<br><br>　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**CITY OF DAVID CITY, et al.,**<br><br>　　　　**Defendants.** | 4:25CV3016<br><br>ORDER |

Pursuant to the notice of settlement (Filing No. 42), filed by Plaintiffs,

**IT IS ORDERED:**

1. On or before **June 13, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 12th day of May, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge