IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NINE STORIES, LLC, MARK HOLOUBEK, and WILLOW HOLOUBEK,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF DAVID CITY, ALAN ZAVODNY, Mayor, in an individual and official capacity; DANA TROWBRIDGE, in an individual capacity; JAMES VANDENBERG, David City Planning Commission Member, in an individual and official capacity; JIM MASEK, David City Planning Commission Member, in an individual and official capacity; JANIS CAMERON, David City Planning Commission Member, in an individual and official capacity; PAM KABOREK, David City Planning Commission Member, in an individual and official capacity; KEITH MARVIN, David City Planning Commission Member, in an individual and official capacity; JOHN VANDENBERG, City Council Member, in their individual and official capacity; JESSICA MILLER, City Council Member, in their individual and official capacity; BRUCE MEYSENBURG, City Council Member, in their individual and official capacity; KEVIN HOTOVY, City Council Member, in their individual and official capacity; PAT MEYSENBERG, City Council Member, in their individual and official capacity; TAMI COMTE, City Clerk of David City, in an individual and official capacity; CLAYTON KELLER, in his individual and official capacity; MICHAEL PAYNE, in his individual and official capacity; BUTLER COUNTY, and BRIAN FLORAL, in his individual and official capacity;<br><br>Defendants. | **4:25CV3016**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1

This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, signed by counsel for the parties. Filing 44. The parties stipulate that all claims and causes of action in this matter should be dismissed with prejudice, with each party to bear its own fees and costs. Filing 44 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 44, is accepted, and all claims and causes of action in this matter are dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 20th day of May, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge